Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, DESMOND, THACHER, DYE and MEDALIE, JJ. Taking no part: CONWAY, J.

In the Matter of the Claim of ELSIE L. GODSMAN, Respondent, against GRUMMAN AIRCRAFT ENGINEERING CORPORATION et al., Appellants.

STATE INDUSTRIAL BOARD et al., Respondents.

Argued December 5, 1945; decided January 18, 1946.

*Charles P. Barre* for appellants.

*Nathaniel L. Goldstein, Attorney-General (Roy Wiedersum, Orrin G. Judd* and *Lester D. Volk* of counsel), for Workmen's Compensation Board, respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and MEDALIE, JJ.

In the Matter of the Claim of SAMUEL SHAW, Respondent, against BROWERS GARAGE, INC., et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.

Argued December 5, 1945; decided January 18, 1946.